In the Matter of WILLIAM P. SULLIVAN, Appellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued October 7, 1942; decided October 29, 1942.

*Austin B. Mandel* for appellant.

*William C. Chanler, Corporation Counsel (Nicholas Bucci* and *Paxton Blair* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.